
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

Charles Michael Ross        )
                            )
        v.                  )        NO. 1:25-cv-20-CLC-MJD
Federal Aviation Administration )    (To be assigned by the Clerk's Office.
                            )        Do not write in this blank.)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
**WITH SUPPORTING DOCUMENTATION**

I, _Charles Michael Ross_____, declare that I am the:

[✓]    plaintiff/petitioner

[ ]    defendant/respondent

[ ]    Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

U.S. Constitution Article I, III, IV, VI, 1st Amendment, 4th, 5th & 14th.

42 USC 1983
49 USC 44715
Tort law

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First          Middle          Last)                          YEAR OF BIRTH

Charlis Michael Ross                                                1989

SOCIAL SECURITY NUMBER (last 4 digits only)                        PHONE NOS.

0733                                                                423-381-5933

HOME ADDRESS:
8407 Oak View Dr
Chattanooga, TN 37421                                              > 7 years

OWN OR RENT?                          HOW LONG AT CURRENT ADDRESS?

rent

MARITAL STATUS:

Single

NAME AND ADDRESS OF CURRENT EMPLOYER:
self
8407 Oak View Dr
Chattanooga, TN 37421

TELEPHONE NUMBER OF EMPLOYER:
423-381-5933

HOW LONG AT CURRENT EMPLOYMENT?

Approx 5 years

OCCUPATION (Describe what you do):

online sales

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY
AND WAGES PER MONTH.

GROSS: $300                          NET: $200

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST
EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

$1800/month

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 2 of 11    PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [✓] Yes | [ ] No |

If YES, state the source and amount:

_⊕ EBay Approx $3200_

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [✓] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [ ] Yes | [✓] No |

If YES, state the source and amount:

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 3 of 11    PageID #: 3

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH                                                                    $   20

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)     $   5
**(Do NOT include account numbers)**

Chime Bank

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)     $   0
**(Do NOT include account numbers)**

STOCKS AND BONDS                                                  $   0

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

_____   $_____

_____   $_____

_____   $_____

**TOTAL REAL ESTATE**                                        $   0

Page 4 of 10

## VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

computer + printer      $ 100

guitar squire electric & amp      $ 50

books & cloths, electronics,      $ 50
3timex watch, yoyos

**TOTAL PERSONAL PROPERTY**      $ 200

## MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| | | $ |
| | | $ |
| | | $ |

**TOTAL VALUE OF MOTOR VEHICLES**      $_____

## DEBTS OWED TO YOU (Give Name of Debtor)

$_____

$_____

$_____

**TOTAL DEBTS OWED TO YOU**      $_____

## OTHER ASSETS (ITEMIZE)

$_____

$_____

$_____

**TOTAL OTHER ASSETS**      $_____

**TOTAL OF ALL ASSETS:** $ 225

Page 5 of 10

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

Dept. of Ed./Nelnet     $ 40,000

other loans     $ 10,000

    $ _____

| | |
|---|---|
| **TOTAL LOANS PAYABLE TO BANKS** | $ |
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ |
| MEDICAL BILLS | $ |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

    $ _____

    $ _____

    $ _____

**TOTAL LIABILITIES**   $ 50,000

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 6 of 11    PageID #: 6

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ 40 | $ |
| ELECTRICITY | $ | $ |
| WATER | $ | $ |
| GAS | $ | $ |
| TELEPHONE | $ | $ |
| FOOD | $ 100 | $ |
| ALIMONY | $ | $ |
| CHILD SUPPORT | $ | $ |
| CHILD CARE | $ | $ |
| SCHOOL EXPENSES | $ | $ |
| AUTOMOBILE NOTE | $ | $ |
| AUTOMOBILE INSURANCE | $ | $ |
| AUTOMOBILE REPAIRS | $ | $ |
| GASOLINE | $ | $ |
| FURNITURE NOTE | $ | $ |
| CLOTHING | $ | $ |
| CABLE TELEVISION | $ | $ |
| LIFE INSURANCE | $ | $ |
| HOSPITALIZATION INSURANCE | $ | $ |
| DOCTORS | $ | $ |
| DRUGS | $ | $ |
| CREDIT CARDS | $ | $ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ | $ |
| TAXES | $ | $ |
| ANY OTHER EXPENSES (LIST) | | |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |
| _____ | $ | $ |

**TOTAL EXPENSES**   $ 140

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 7 of 11    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First          Middle          Last)                    YEAR OF BIRTH

SOCIAL SECURITY NUMBER (last 4 digits only)                    PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages · | $_____ |
| Commissions | $_____ |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $_____ |
| **TOTAL:** | $_____ |

Page 8 of 10

Page 8 of 10

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 8 of 11    PageID #: 8

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:          Relationship:      Living
                                                           With Whom?

_____

_____

_____

_____

_____

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)          $_____

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                   $_____

## <u>AFFIDAVIT</u>

**I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.**

_01/25/25_
_____
**DATE**

_Charles Cox_
_____
**SIGNATURE**

Created:         January 31, 2007
IPF Application.wpd

Case 1:25-cv-00020-TRM-MJD    Document 1    Filed 01/27/25    Page 10 of 11    PageID #: 10



Member Services
(844) 244-6363

Charlie Ross
8407 Oak View Dr
Chattanooga, TN 37421

# Checking Account Statement

**Account number**

 7

**Statement period**
December 2024 (December 01, 2024 - December 31, 2024)

## Summary

| | |
|---|---|
| Beginning balance on December 01, 2024 | $0.64 |
| Deposits | $209.74 |
| ATM Withdrawals | -$20.00 |
| Purchases | -$184.74 |
| Adjustments | $0.00 |
| Transfers | $0.00 |
| Round Up Transfers | $0.00 |
| Fees | $0.00 |
| SpotMe Tips | $0.00 |
| Ending balance on December 31, 2024 | $5.64 |

## Transactions

| TRANSACTION DATE | DESCRIPTION | TYPE | AMOUNT | NET AMOUNT | SETTLEMENT DATE |
|---|---|---|---|---|---|
| 12/31/2024 | Direct Debit: E Bay Com Bp0 Lbiiu, Pa... <br> EBAY COMBP0LBIIU, PAYMENTS , VRASXBQRBYRVO2D | Direct Debit | -$3.70 | -$3.70 | 12/31/2024 |
| 12/28/2024 | Draftkings Sportsbook N <br> DRAFTKINGS SPORTSBOOK N6179866744 MAUS | Purchase | -$12.00 | -$12.00 | 12/29/2024 |
| 12/28/2024 | Draftkings Sportsbook N <br> DRAFTKINGS SPORTSBOOK N6179866744 MAUS | Purchase | -$8.00 | -$8.00 | 12/29/2024 |
| 12/27/2024 | J.C. Penny <br> JCPENNEY 0183 CHATTANOOGA TNUS | Refund | $8.73 | $8.73 | 12/28/2024 |

Case 1:25-cv-00020-TRM-MJD     Document 1     Filed 01/27/25     Page 11 of 11     PageID #: 11