# United States District Court
## for the Eastern District of Tennessee

Case No. 1:25-cv-20-CLC-MJD



FILED

JAN 2 7 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

**Plaintiff:**

**Charles Michael Ross**

v.

**Defendants:**

**Federal Aviation Administration**

)
)
)
)
)
)
)
)
)
)
)
)

# Complaint for a Civil Case

## I. Parties to the Case Information

**<u>Plaintiff:</u>**
Name: Charles Michael Ross
Address: 8407 Oak View Dr., Chattanooga, TN 37421
County: Hamilton
Phone: 423-381-5933
email: cr9993z@protonmail.com

**<u>Defendants</u>**
No. 1 Name: Federal Aviation Administration
Address: 800 Independence Ave, SW, Washington DC 20591
County: Washington, DC
Phone: 866-835-5322

## II. Basis of Jurisdiction

This court has jurisdiction over this case because the cause of action is related to individuals and events that took place in the County of Hamilton, State of Tennessee, where the plaintiff resides. This case arises out of the United States Constitution, Federal law and tort law. The Constitutional provisions include Article I, Article III, Article IV, Article VI, the 1st Amendment, the 4th Amendment, 5th Amendment, and 14th Amendment. The Federal law provisions include 42 U.S.C 1983 and 49 U.S.C 44715. Tort law provisions include negligence, dereliction, and abuse of process.

## III. Statement of Claim

1. I have lived at the address of 8407 Oak View Dr., Chattanooga, TN 37421, which is approximately four miles east-southeast of the Chattanooga Metropolitan Airport, since about 2017 and prior to that time I was living in Morgantown, West Virginia where I first started noticing the phenomenon of noisy low flying propeller aircraft over my location on a daily basis.

2. I live and work on the top floor of my residence and I am daily bombarded with constant irritating propeller noise from low flying small aircraft that I can hear with the windows closed and it causes distraction and disruption of my work and recreation at all hours of the day and night.

3. I used to go to Harrison Bay, located in Hamilton County Tennessee, to fish but no longer do so because every time I went there were noisy low flying propeller aircraft flying above me which caused me irritation.

4. When I go to shopping stores, walk at parks, or churches nearby in the East Brainerd and other areas of Chattanooga I am bombarded by propeller noise from low flying small aircraft on a daily basis.

5. When I go outside to pray on Sunday I hear irritating propeller noise from small low flying aircraft.

6. When I ride and drive in the car around Chattanooga I see and hear low flying propeller aircraft.

7. I have called the FAA Chattanooga ATCT (CHA) phone number of 423-855-6475 to make multiple complaints about aircraft noise around my home during the day and night from low flying propeller aircraft but each time they have told me there is nothing they can do about it.

8. I have been awakened in the morning on multiple occasions before 7:00a.m. by low flying propeller aircraft noise over my residence.

8. I have called an FAA complaint number and left a message about the noise created by these low flying propeller aircraft around my home.

9. I have received at least one letter from the U.S. Department of Transportation Federal Aviation Administration Southern Regional Office which dismissed my complaint by claiming they have limited authority to prohibit or restrict aeronautical activity and provided no relief whatsoever to remedy the situation.

10. I believe I have been conspired against by the President, Judges, Officials, and Employees of the State of Tennessee and the United States Government.

11. The negligence, dereliction of duty, and abuse of process carried out by these officials has caused me pain, suffering, lost time, lost resources, and undue stress, and loss of enjoyment of life over years of time.

## IV. Relief

I am seeking $500,000,000 from each listed party for actions taken or not taken in their official capacity as officers of the United States which has allowed the ongoing deprivation of my rights under color of law and the loss of enjoyment of life.

## V. Certification and Closing

I declare under penalty of perjury that the forgoing is true and correct.
Executed on January 24, 2025

*Charles Dow*

U.S. Department
of Transportation
**Federal Aviation
Administration**

Office of the Regional Administrator
Southern Region

1701 Columbia Avenue
College Park, GA 30337

April 26, 2024

Charlie Ross
8407 Oak View Dr.
Chattanooga, TN 37421

Dear Mr. Ross,

This is in response to your February 5, 2024, correspondence to the Federal Aviation Administration (FAA) regarding general aviation aircraft noise over your home. We appreciate the opportunity to engage with residents and clarify the roles and responsibilities of this agency with the communities we serve.

The FAA began investigating your complaint by analyzing the location of your residence relative to airports in the area. Your home is approximately 4 miles east-southeast of Chattanooga Metropolitan Airport and is under an arrival course to Runways 02 and 20 and a departure course from Runway 20. Aircraft will fly near your home as they arrive at or depart from the airport. Our review also showed aircraft operating under Visual Flight Rules (VFR) in your area, most likely a mix of general aviation and student pilots.

General aviation aircraft, including student pilots, may fly under VFR provisions and are not required to be under the direction of Air Traffic Control. Pilots operating under VFR are responsible for separating themselves from obstacles, terrain, and other aircraft. As a result, Air Traffic Control does not direct where or at which altitudes these aircraft fly.

By law the FAA has limited authority to prohibit or restrict aeronautical activity unless an airport or aircraft operators are violating Federal Aviation Regulations including Title 14 Code of Federal Regulations, Aeronautics and Space. In addition, the FAA does not allow an airport to restrict aeronautical use. This is to ensure federally funded airports can meet the aviation demand of the communities they serve.

The FAA does not limit hours of operation or prevent aircraft from circling. No restrictions prohibit any aircraft from flying over or in proximity to your residence. For information about aviation noise, visit the FAA Noise page at https://www.faa.gov/noise/ and the ASCENT (Aviation Sustainability Center) website at https://www.ascent.aero/.

We hope this information is helpful. The FAA is continuing to manage the National Airspace System safely and efficiently while exploring measures to reduce aircraft noise in the future.

Sincerely,

Regional Administrator, Southern Region

**U.S. DEPARTMENT OF TRANSPORTATION**
**FEDERAL AVIATION ADMINISTRATION**
SOUTHERN REGIONAL OFFICE
1701 COLUMBIA AVENUE
ATLANTA, GA 30337

OFFICIAL MAIL

A80·1

ATLANTA GA RPDC 302

26 JUN 2024  PM 6



US POSTAGE Pitney Bowes

ZIP 30337  $ 000.64⁰
02 4W
0000375741 JUN 25 2024

Charlie Ross
8407 Oak View Dr
Chattanooga, TN 37421

37421-439607

Exhibit A - Driving near the intersection of I-75 & East Brainerd Rd. chatt., TN



Exhibit B - Plane flying over my residence at 8407 Oak View Dr. Chattanooga, TN 37421

Exhibit C - Plane flying over me while walking a track near East Brainerd Rd. and Graysville Rd.



Exhibit D - Low flying aircraft over Hamilton Place Mall near Jim & Nicks Bar b Q, chattanooga, TN

